# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NZG SPECIALTIES, INC. d/b/a GOURMET TRADING COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>M L C BERRIES, INC. and MIGUEL CAMPOS,<br><br>Defendants. | Case No.: 2:19-cv-05380-JAK-PLA<br><br>**JUDGMENT**<br><br>**JS-6: Case Terminated** |

The Motion for Entry of Default Judgment by Plaintiff NZG Specialties, Inc. d/b/a Gourmet Trading Company having been granted, and determinations having thereby been made that: Plaintiff and Defendant M L C Berries, Inc. ("M L C") are licensed dealers under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499a *et seq.*; Plaintiff sold wholesale quantities of produce to M L C for which it has not been paid; Defendant Miguel Campos is and was the owner, officer, and/or director of M L C; Plaintiff's invoices included the language required by 7

U.S.C. § 499e(c)(4) to preserve its rights under the trust provision of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c)(2); and Plaintiff is entitled to an award of attorney's fees and costs as the prevailing party in litigation over non-payment for its goods,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of NZG Specialties, Inc. d/b/a Gourmet Trading Company, and against M L C Berries, Inc. and Miguel Campos, jointly and severally, pursuant to the trust provision of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c), in the total amount of $40,495.66, which includes the principal amount of $34,526.00, pre-judgment interest through September 13, 2019, in the amount of $2,397.09, attorney's fees of $2,862.50, and costs in the amount of $710.07.

IT IS SO ORDERED.

Dated: November 6, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE